DEFENDANT'S EXHIBIT A

RECEIVED JUL 03 2019 FEDERAL DEFENDERS OF MONTANA

Scanned 7-3-19

Dear Judge Waters

I accept the blame for possessing these guns, I knew I wasn't suppose to have them. I had them because I have mental issues that make me paranoid, and I worry about my safety. I've always had weird experiences in my life. My drug use has just made them worse.

I use drugs to escape reality and dull my feelings about my failures in life. I'm not apart of my kids lives like I should be, I regret the life I've lived it's not a life to be proud of or even a life. I'm tired of it. I want to learn some certified trades, I can fall back on and get help with my drug addictions so I can be someone I am proud to be.

I am hoping my sentence is not 10 years, I want to get out and be apart of my kids lives, and my parents lives. I can be successful outside of prison, if I have my kids & family in my life. I am tired of using drugs

and being locked up in my life not being around my family, I want to turn around my life and I know I can with the right help and learning a trade

Sincerly
Kyra

Dear Judge Waters

    I accept the blame for possessing these guns, I knew I wasn't suppose to have them. I had them because I have mential issues that make me paranoid, and I worry about my safety. I've always had weird experiences in my life. My drug use has just made them worse.
    I use drugs to escape reality and dull my feelings about my failures in life. I'm not apart of my kinds lives like I should be, I regret the life I've lived it's not a life to be proud of or even a life. I'm tired of it. I want to learn some certified trades, I can fall back on and get help with my drug addictions so I can be someone I am proud to be.
    I am hoping my sentence is not 10 years, I want to get out and be apart of my kids lives, and my parents lives. I can be successful outside of prison, if I have my kids and family in my life. I am tired of using drugs and being locked up in my life not being around my family. I want turn around my life and I know I can with the right help and learning a trade.

                                        Sincerly
                                        Kirk Jordon