

FILED

DEC 1 8 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIRK ALLEN JORDAN,<br><br>Defendant. | CR 18-138-BLG-SPW<br><br><br><br>ORDER |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 33). For good cause being shown,

IT IS HEREBY ORDERED, that the forfeiture action in the above-captioned case is **DISMISSED with prejudice**.

DATED this 17th day of December, 2019.

SUSAN P. WATTERS
United States District Court Judge